

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. <u>3:14-MJ-00091-WGC</u> |
| Plaintiff, | ) ) ) | ORDER APPOINTING COUNSEL AND DIRECTING THE MARSHAL |
| vs. | ) ) | TO SERVE SUBPOENAS AT <u>GOVERNMENT EXPENSE</u> |
| KASSANDARY THOMAS, | ) ) | |
| Defendant. | ) ) | |

The individual named below, having testified under oath or having otherwise satisfied this Court that (s)he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore; IT IS ORDERED that **Cheryl Field-Lang, Esq.,** is hereby appointed to represent Defendant **Kassandary Thomas**.

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by Appointed Counsel, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return

Order Appointing Counsel
3:14-MJ-00091-WGC

thereon to this Court shall be sealed, unless otherwise ordered.

IT IS FURTHER ORDERED that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

Dated: December 3, 2014.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE