```
_✓_ FILED        ____ RECEIVED
____ ENTERED     ____ SERVED ON
       COUNSEL/PARTIES OF RECORD

        DEC - 3 2014

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

UNITED STATES OF AMERICA

vs.

**ORDER OF DETENTION FOR
MATERIAL WITNESS**

<u>KASSANDARY THOMAS          </u>,
*Defendant (Material Witness)*

Case Number: 3:14-MJ-00091-WGC

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the material witness pending trial in Case No. 3:14-CR-00049-MMD-VPC.

### Part I - Finding of Fact

### Alternative Findings (B)

<u>XX</u>   (1)   There is a serious risk that the material witness will not appear.

### Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by (clear and convincing evidence) (a preponderance of the evidence) that:

<u>Material Witness appears before this Court on an Application for Material Witness Warrant filed . The Court deems the material witness to pose a risk of non-appearance based on the following factors: failed to appear for trial that was set for Tuesday, December 2, 2014 in Case No. 3:14-CR-00049-MMD-VPC, before District Judge Miranda M. Du.</u>

<u>The Court deems there is no condition or combination of conditions that would reasonably assure the material witness's appearances at trial set for Thursday, December 4, 2014, at 9:00 a.m. before District Judge Miranda M. Du.</u>

### Part III - Directions Regarding Detention

The material witness is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The material witness shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the material witness to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: <u>   12/3/2014   </u>

*[signature: William G. Cobb]*
Signature of Judicial Officer

<u>William G. Cobb, U.S. Magistrate Judge   </u>
Name and Title of Judicial Officer